USDC SCAN INDEX SHEET







THIES

LAW OFC OF W A WYMAN

BAR    10/1/97    13:45
3:97-CV-00734
*20*
*O.*



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRETT E. THIES and JACQUELYN D. THIES,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE LAW OFFICES OF WILLIAM A. WYMAN and CHAMPS/THE KELLY GROUP,<br><br>　　　　　Defendants. | Civil No. 97-0734-B(CGA)<br><br>**ORDER REGARDING SETTLEMENT DISPOSITION CONFERENCE** |

An Early Neutral Evaluation Conference was held on September 29, 1997. The case settled and a dismissal is to be filed on or before October 6, 1997. If not so filed, the attorneys must appear on October 7, 1997 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: Sept. 30, 1997

　　　　　　　　　　　　CYNTHIA G. AARON
　　　　　　　　　　　　United States Magistrate Judge

COPY TO:

LEAD COUNSEL FOR ALL PARTIES OF RECORD

97CV0734

20

```
 1 │ HON. RUDI M. BREWSTER
   │ U.S. DISTRICT COURT JUDGE
 2 │
   │ MICHAEL ERNEST DOUKAS
 3 │ LAW OFFICES OF MICHAEL ERNEST DOUKAS
   │ 36 S MELROSE DRIVE SUITE 100
 4 │ VISTA CA   92083
   │ (619) 724-4676
 5 │
   │ HAROLD M HEWELL
 6 │ 401 WEST A STREET SUITE 1300
   │ SAN DIEGO CA   92101
 7 │ (619) 235-6854
 8 │ RICHARD J RITCHIE
   │ CALLAHAN McCUNE & WILLIS
 9 │ 402 W BROADWAY SUITE 800
   │ SAN DIEGO CA   92101
10 │ (619) 232-5700
11 │ EARL MAAS
   │ CHAPIN FLEMING & WINET
12 │ 501 W BROADWAY 15TH FLOOR
   │ SAN DIEGO CA   92101-3541
13 │ (619) 232-4261
14 │
15 │
16 │
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │ K:\COMMON\AARON\CASES\THIES\SETDISPO.ORD
```