Case 3:97-cv-00734-B-CGA   Document 22   Filed 10/07/97   Page 1 of 2

USDC SCAN INDEX SHEET







THIES

LAW OFC OF W A WYMAN

BAR    10/10/97    11:54
3:97-CV-00734
*22*
*MO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

THIES _____ v. WYMAN, et al. _____ No. 97-0734-B(CGA)

| HON. CYNTHIA G. AARON | CT. DEPUTY TERRY JOHNSON |
|---|---|
| Plaintiffs | Defendants |
| HAROLD M. HEWELL | RICHARD J. RITCHIE |
| MICHAEL E. DOUKAS | EARL MAAS |

PROCEEDINGS:   _X_ In Chambers     ____ In Court     ____ Telephonic

A SETTLEMENT DISPOSITION CONFERENCE WAS HELD ON OCTOBER 7, 1997 AT 3:00 PM.

COUNSEL INDICATED THAT THEY BELIEVE THEY WILL BE ABLE TO RESOLVE THE REMAINING SETTLEMENT ISSUE TODAY. THE DISMISSAL IS TO BE FILED BY OCTOBER 9, 1997 AT 12:00 PM. IF NOT SO FILED, A SETTLEMENT DISPOSITION CONFERENCE WILL BE HELD ON **OCTOBER 9, 1997 AT 4:30 PM.**

PLAINTIFFS' COUNSEL SHALL DELIVER A COPY OF THE DISMISSAL DIRECTLY TO CHAMBERS PRIOR TO THE SETTLEMENT DISPOSITION CONFERENCE.

cc: Hon. Rudi M. Brewster
    Counsel of Record

DATE: 10-7-97                                    INITIALS: _____ Deputy