USDC SCAN INDEX SHEET











THIES

LAW OFC OF W A WYMAN

BAR    10/15/97    8:55
3:97-CV-00734
*23*
*MO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

THIES _____ v. WYMAN, et al. _____ No. 97-0734-B (CGA)

HON. CYNTHIA G. AARON                    CT. DEPUTY TERRY JOHNSON

Plaintiffs                                Defendants

PROCEEDINGS: _____ In Chambers    _____ In Court    _____ Telephonic

THE COURT HAS RECEIVED A COPY OF THE DISMISSAL IN THIS ACTION. THEREFORE, THE SETTLEMENT DISPOSITION CONFERENCE SCHEDULED FOR OCTOBER 9, 1997 AT 4:30 PM IS HEREBY VACATED.

cc: Hon. Rudi M. Brewster

DATE: 10-9-97                                    INITIALS: ____ Deputy

23